**Opinion filed October 15, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00242-CV

_____

## IN THE MATTER OF T.J.K., A JUVENILE

**On Appeal from the County Court
Palo Pinto County, Texas
Trial Court Cause No. J00992**

### M E M O R A N D U M   O P I N I O N

In response to this court's letter dated September 29, 2015, Appellant, T.J.K., has filed a Motion for Dismissal of Appeal. In the motion, Appellant recognizes that this court has no jurisdiction at this time because the applicable statute "does not permit a direct appeal of a certification order" that was entered prior to September 1, 2015. Appellant requests that this appeal be dismissed without prejudice to the filing of a subsequent appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.


October 15, 2015                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.